Bessie K. Mulford, Respondent, v. Josiah Lester Mulford, Appellant.— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

Robert J. Nugent, Appellant, v. Raymond H. Nugent, Respondent.— Order (except as to first item) reversed on the law and the facts, without costs, and motion granted, on the following questions in addition to the one allowed in the order appealed from: 2. Did the defendant have information or knowledge prior to July 11, 1929, that the horse owned by him had vicious propensities? 3. Was the plaintiff on the premises of defendant on the invitation of the latter at the time the alleged injury occurred? We are of opinion that plaintiff is entitled to the examination to the extent indicated herein; the examination to be had at a time and place to be fixed by the Special Term, or by stipulation of the parties. Lazansky, P. J.; Kapper, Scudder, Tompkins and Davis, JJ., concur.

The People of the State of New York, Respondent, v. George Simons, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

The People of the State of New York ex rel. Katharine R. Callahan, Appellant, v. The Board of Education of the City of New York, Respondent.— Order denying motion for a mandamus order unanimously affirmed as a matter of law and in the exercise of discretion, with costs against the relator. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Louis Rosen, Appellant, v. John Chesnius, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

Webster F. Schmaling, Appellant, v. Evelyn M. Schmaling, Respondent.— Order, as resettled, in so far as appealed from, reversed on the law and the facts, without costs, and motion denied. In our opinion, the defendant has not established any likelihood of success in her defense. Although the facts tending to establish defendant's adultery are alleged specifically and in detail, the defendant in her affidavit ignores all these allegations and fails to deny them, resting solely upon the denial contained in her answer. This is not, in our opinion, sufficient to show a probability of success in her defense. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Charles T. Schubert, Respondent, v. L. I. Waldman & Co., Inc., Appellant, and The City of New York, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

Ishaia Shalom, Doing Business as I. Shalom, Appellant, v. Fidelity and Deposit Company of Maryland, Respondent.— Order denying motion to compel defendant to accept plaintiff's bill of particulars, or, in the alternative, to open plaintiff's default, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.